1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   LANE LABBE, et al.,                         No.  2:20-CV-1975-KJM-DMC

12              Plaintiff,s

13         v.                                     ORDER

14   DOMETIC CORPORATION,

15              Defendant.

16

17          Plaintiffs, who are proceeding with retained counsel, bring this civil action.  Good

18   cause appearing therefor, the initial scheduling conference in this matter set for February 10,

19   2021, at 10:00 a.m., before the undersigned in Redding, California, is vacated pending resolution

20   by the District Judge of Defendant's motions to strike and dismiss.

21          IT IS SO ORDERED.

22

23   Dated:  January 26, 2021

24                                              _____
                                               DENNIS M. COTA
25                                             UNITED STATES MAGISTRATE JUDGE

26

27

28

                                                1