IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE LABBE, et al., | No. 2:20-CV-1975-KJM-DMC |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| DOMETIC CORPORATION, | |
| Defendant. | |

  Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the Court is the parties' joint motion for a protective order, ECF No. 25. By way of the joint motion, each side seeks approval of their version of a protective order. Each side has presented the Court with a statement of their position concerning the discovery dispute, as well as their requested version of a protective order. Pursuant to Eastern District of California Local Rule 251(a), the matter is hereby set for a hearing before the undersigned in Redding, California, on August 4, 2021, at 10:00 a.m. No further briefing is necessary.

  IT IS SO ORDERED.

Dated: July 27, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1