IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE LABBE, et al., | No. 2:20-CV-1975-KJM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| DOMETIC CORPORATION, | |
| Defendant. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the Court is the parties' joint motion for a protective order, ECF No. 25. Pending before the Court is Defendant's request, ECF No. 30, for its counsel to appear remotely at the hearing set before the undersigned for August 4, 2020, at 10:00 a.m.  Good cause appearing therefor, Defendant's request is granted.  Defendant's counsel may arrange their appearances via CourtCall.

IT IS SO ORDERED.

Dated: August 2, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1