# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE LABBE, et al., | No. 2:20-CV-1975-KJM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| DOMETIC CORPORATION, | |
| Defendant. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the Court is Defendant's motion, ECF No. 44, for administrative relief pursuant to Eastern District of California Local Rule 233. Plaintiffs have filed an opposition, ECF Nos. 45, 46.

In its motion, Defendant seeks an order continuing the hearing on Plaintiffs' motion to compel, currently scheduled for July 13, 2022, at 10:00 a.m., before the undersigned in Redding, California. Having reviewed Defendant's motion and supporting declaration of counsel, as well as Plaintiffs' opposition and supporting declaration of counsel, the Court finds that good cause exists for administrative relief.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for administrative relief, ECF No. 44, is granted;

2. The July 13, 2022, hearing is vacated;

3. The parties are directed to meet and confer in good faith and agree on a mutually convenient and available date for a hearing on Plaintiffs' motion to compel. The parties shall agree on a new hearing date between July 6, 2022, and August 5, 2022, except July 25, 2022, through July 29, 2022, during which period the Court is unavailable.

4. The parties shall notify the Court in writing on or before June 10, 2022, of the mutually agreed new hearing date by way of a stipulated notice to continue the hearing to the agreed-upon date;

5. Should the parties fail to reach an agreement and file a stipulation by June 10, 2022, the Court will sua sponte set a hearing date which will not be subject to change by way of further administrative relief under Local Rule 233.

IT IS SO ORDERED:

Dated:  May 31, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE