

# United States District Court
# Eastern District of California

| | |
|---|---|
| LANE LABBE'; LISA LABBE'; JANE LABBE'; APRIL TOMCZAK | Case Number: 2:20-cv-01975-KJM-DMC |
| Plaintiff(s) | |
| V. | |
| DOMETIC CORPORATION, a Delaware Corporation, and DOES 1 to 50, inclusive, | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Rachel Bauer hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Dometic Corporation

On April 17, 2020 (date), I was admitted to practice and presently in good standing in the Virginia State Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: August 4, 2022         Signature of Applicant: /s/ Rachel Bauer

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Rachel Bauer |
| Law Firm Name: | Moore & Lee, LLP |
| Address: | 1751 Pinnacle Dr., Suite 1100 |
| City: | McLean     State: VA     Zip: 22102 |
| Phone Number w/Area Code: | 703-506-2050 |
| City and State of Residence: | Arlington, Virginia |
| Primary E-mail Address: | r.bauer@mooreandlee.com |
| Secondary E-mail Address: | a.hajdics@mooreandlee.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Krsto Mijanovic, Esq |
| Law Firm Name: | Haight Brown & Bonesteel LLP |
| Address: | 555 South Flower Street, Forty-Fifth Floor |
| City: | Los Angeles     State: CA     Zip: 90071 |
| Phone Number w/Area Code: | 213-542-8044     Bar # 240425 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 12, 2022

_[signature]_
CHIEF UNITED STATES DISTRICT JUDGE

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **RACHEL ELIZABETH BAUER** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  **MS. BAUER** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **APRIL 17 2020,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued August 5, 2022

DaVida M. Davis
**Director of Regulatory Compliance**