# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE LABBE, et al., | No. 2:20-CV-1975-DAD-DMC |
| Plaintiff's, | |
| v. | <u>ORDER</u> |
| DOMETIC CORPORATION, | |
| Defendant. | |

    Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pursuant to Eastern District of California Local Rule 230(g), the hearing on Defendant's motion for reconsideration or clarification, scheduled for September 21, 2022, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument. By separate order, the Court will address the subject of Defendant's motion – the Court's July 29, 2022, order, ECF No. 55, regarding, among other things, the Buc testing materials – along with the parties' supplemental briefs on the matter.

    IT IS SO ORDERED.

Dated: September 15, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1