IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE LABBE, et al., | No. 2:20-CV-1975-DAD-DMC |
| Plaintiffs, | |
| v. | ORDER |
| DOMETIC CORPORATION, | |
| Defendant. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the Court is Defendant's counsel's request, ECF No. 73, to appear remotely at the scheduling conference set in this matter for October 19, 2022, at 10:00 a.m., before the undersigned in Redding, California. Good cause appearing therefor, the request is granted. Any counsel wishing to appear remotely may do so by conference call to (877) 336-1274 and entering access code 5444373.

IT IS SO ORDERED.

Dated: October 14, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1