IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE LABBE, et al., | No. 2:20-CV-1975-DAD-DMC |
| Plaintiffs, | |
| v. | ORDER |
| DOMETIC CORPORATION, | |
| Defendant. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. The parties appeared before the undersigned in Redding, California, on October 19, 2022, at 10:00 a.m., for an initial scheduling conference. Upon consideration of the joint status reports on file in this action, discussion with counsel, and good cause appearing therefor, the Court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

Accordingly, IT IS HEREBY ORDERED that:

1. Jurisdiction and venue are not contested.
2. No amendments to the pleadings will be permitted except upon stipulation of the parties or leave of Court;

///

///

///

1

3. The Court sets the following pre-trial schedule for this litigation:

Initial Disclosures: The parties are directed to exchange initial disclosures on or before **November 12, 2022**.

Non-Expert Discovery: All non-expert discovery shall be completed and all motions pertaining to non-expert discovery shall be noticed to be heard by **October 27, 2023**.

Mediation: Any private mediation shall be completed by **November 3, 2023**.

Expert Witness Designations: The parties shall exchange initial lists of expert witnesses no later than **December 13, 2023**. The parties shall exchange lists of rebuttal expert witnesses no later than **January 20, 2024**. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e).

Expert Discovery: All expert discovery shall be completed and all motions pertaining to expert discovery shall be noticed to be heard by **March 29, 2024**.

Dispositive Motions: All dispositive motions shall be noticed to be heard by **June 7, 2024**.

Duty to Supplement: The parties are reminded of their continuing obligation to supplement their initial disclosures, discovery responses, and expert witness designations when required under Federal Rule of Civil Procedure 26(e).

4. The pre-trial conference and trial dates will be set by separate order.

IT IS SO ORDERED.

Dated: October 26, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE