IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE LABBE, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>DOMETIC CORPORATION,<br><br>   Defendant. | No.  2:20-CV-1975-DAD-DMC<br><br><br><br>ORDER |

        Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the Court is the parties' joint stipulation for modification of the schedule for this case, ECF No. 106.  Good cause appearing therefor, the parties' stipulation is approved.  Pursuant to the stipulation, fact discovery closed on October 27, 2023, with the exception of the following:

        1.      Within 30 days of the date of this order, Defendant Dometic Corporation (Dometic) will produce to Plaintiffs supplemental responses to Plaintiff's requests for production of documents regarding substantially similar fire claims occurring after the Labbe fire, with "substantial similarity" meaning and referring to fire claims reported to Dometic where the Dometic-branded gas absorption refrigerator was in the area of original of the fire, operating at the time of the fire on shorepower, and had a leak in the boiler tube, regardless of refrigerator model.

/ / /

1

2. Within 30 days of the date of this order, Dometic will produce to Plaintiffs supplemental verified responses to Plaintiffs' first set of interrogatories, nos. 3, 4, 5, 6, and 8.

3. The deposition(s) of Demetic's Rule 30(b)(6) witness(es) shall occur on or before January 17, 2024.

4. The deposition of Ben White, if permitted, shall occur on or before February 17, 2024.

5. The deadline for completion of mediation is vacated and will be re-set upon completion of the discovery outlined above.

IT IS SO ORDERED.

Dated:  November 29, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE