**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LANE LABBE, et al., | No.  2:20-CV-1975-DAD-DMC |
| Plaintiffs, | |
| v. | ORDER |
| DOMETIC CORPORATION, | |
| Defendant. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the Court is the parties' stipulation to modify the scheduling order for this case. See ECF No. 123.  Good cause appearing therefor, the parties' stipulation, which is signed by all counsel, will be approved.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.      The parties' stipulation to modify the schedule, ECF No. 123, is APPROVED.

2.      The time to complete expert discovery is extended to August 30, 2024.

3.      Dispositive motions, including motions under <u>Daubert</u>, shall be fled on or before September 30, 2024.

4.      The previously vacated mediation cut-off date is reset to August 30, 2024.

Dated:  June 26, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE