Erica W. Rutner (Bar No. 344880)
 e.rutner@mooreandlee.com
Zackary J. Rogers (admitted *pro hac vice*)
 z.rogers@mooreandlee.com
Rachel E. Bauer (admitted *pro hac vice*)
 r.bauer@mooreandlee.com
MOORE & LEE, P.C.
110 SE 6th Street, Suite 1980
Fort Lauderdale, Florida 33301
Telephone:  703.506.2050
Facsimile:  703.506.2051

Attorneys for Defendant
DOMETIC CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LANE LABBĖ, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>DOMETIC CORPORATION, a Delaware corporation, and DOES 1 to 50, inclusive,<br><br>         Defendant. | No. 2:20-cv-1975-DAD-DMC<br><br>**STIPULATION AND PROPOSED ORDER RE: DISCOVERY AND MODIFICATION OF SCHEDULING ORDER**<br><br>**(L.R. 143, 144)** |

The parties were last before the Court on March 6, 2024, pursuant to a discovery dispute regarding the deposition of Ben White, a former employee of defendant Dometic Corporation. At that time, Magistrate Judge Cota advised the parties that in the event they needed additional time to complete discovery, mediation or file dispositive motions, an informal request or stipulation would suffice.

While the parties have worked together to complete discovery, scheduling issues have arisen regarding one defense expert, who is not available for deposition until early September 2024 due to illness. This is after the current August 30, 2024, expert discovery cut-off date

pursuant to the June 24, 2024, modified scheduling order (ECF 123).

The parties have met and conferred regarding further modifications to the scheduling order to address the above discovery issues, have agreed to the following stipulations, and pursuant to Local Rules 137, 143 and 144 submit the following stipulations for approval by the Court:

1). The June 24, 2024, modified scheduling order (ECF 123) will be further modified as follows:

    a). The time to complete expert discovery is extended to September 30, 2024;

    b). The time for filing dispositive motions, including <u>Daubert</u> motions, is extended to October 30, 2024;

    c). The mediation cutoff date previously vacated and reset to August 30, 2024, is further reset to September 30, 2024.

**SO STIPULATED:**

DATED: 8/15/24

    */s/ Terrence A. Beard*
    TERRENCE A. BEARD
    Law Offices of Terrence A. Beard
    P.O. Box 1599
    Sutter Creek, CA 95685
    Tel.: (925) 778-1060
    Email: Tbeard1053@aol.com
    Attorney for Plaintiffs Labbe/Tomcyzk


    */s/ Erica Rutner*
    ERICA RUTNER
    Moore and Lee, P.C.
    110 SE 6th Street, Suite 1980
    Fourt Lauderdale, FL 33301
    703-940-3763
    Fax: 703-506-2051
    Email: e.rutner@mooreandlee.com
    Attorney for Defendant Dometic

**SO ORDERED:**

Dated: August 16, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE