IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE LABBE, et al., | No. 2:20-CV-1975-DAD-DMC |
| Plaintiffs, | |
| v. | ORDER |
| DOMETIC CORPORATION, | |
| Defendant. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action alleging products liability.

A settlement conference is scheduled for October 2, 2024, at 10:00 a.m. before the undersigned. On or before September 25, 2024, the parties must execute and <u>file</u> the attached Waiver of Disqualification to allow the undersigned to conduct the settlement conference. If waivers are not filed by all parties participating in the settlement conference by this date, the hearing will be vacated and, on the parties' joint request, the matter will be referred to another Magistrate Judge for purposes of conducting a settlement conference.

IT IS SO ORDERED.

Dated: September 19, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LANE LABBE, et al., | No. 2:20-CV-1975-DAD-DMC |
| Plaintiffs, | |
| v. | |
| DOMETIC CORPORATION, | |
| Defendant. | |

WAIVER OF DISQUALIFICATION

      Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Cota thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.


DATED: _____           _____
                                 By:  For Plaintiff(s)


DATED: _____           _____
                                 By:  For defendant(s)

2