Terrence A. Beard (Bar No. 98013)
 *tbeard1053@aol.com*
LAW OFFICES OF TERRENCE A. BEARD
P.O. Box 1599
Sutter Creek, CA 95685
Telephone: 952.778.1060

Attorney for Plainiffs
LANE LABBE', LISA LABBE', JANE LABBE', APRIL TOMCZAK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LANE LABBE'; LISA LABBE'; JANE LABBE'; APRIL TOMCZAK,<br><br>Plaintiffs,<br><br>v.<br><br>DOMETIC CORPORATION, a Delaware corporation, and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01975-DAD-DMC<br><br>**STIPULATION AND PROPOSED ORDER RE: MODIFICATION OF SCHEDULING ORDER**<br><br>**(Local Rule 143, 144)** |

Magistrate Judge Cota has previously advised the parties that in the event they needed additional time to file dispositive motions, an informal request or stipulation would suffice.

The parties have worked together to complete discovery and have participated in mediation under the auspices of Magistrate Cota on October 2, 2024. During that time, the parties have stipulated to a number of modifications of the scheduling order in this case, the last (ECF No. 125) extending, among other things, the time for filing dispositive motions, including *Daubert* motions, to October 30, 2024. (ECF No. 126)

Plaintiffs' counsel has encountered some technical issues (e.g. computer disk

failure resulting in inaccessibility of data) that has interfered with said counsel's ability to meet the current October 30, 2024 deadline for filling dispositive motions under the current scheduling order. Plaintiffs' counsel met and conferred with Dometic's counsel regarding a short extension of the due date, and the parties have stipulated and agreed, pursuant to Local Rules 137, 143 and 144 to submit the following stipulation for approval by the Court:

1). The current scheduling order, last modified on August 16, 2024 (ECF No. 126) will be further modified as follows:

a). The time for filing dispositive motions, including *Daubert* motions, is extended to November 6, 2024.

**SO STIPULATED:**

DATED: 10/27/24          /s/ Terrence A. Beard

_____
TERRENCE A. BEARD
Law Offices of Terrence A. Beard
P.O. Box 1599
Sutter Creek, CA 95685
Tel.: (925) 778-1060
Email: Tbeard1053@aol.com
Attorney for Plaintiffs Labbe/Tomcyzk


/s/ Erica Rutner

_____
ERICA RUTNER
Moore and Lee, P.C.
110 SE 6th Street, Suite 1980
Fort Lauderdale, FL 33301
703-940-3763
Fax: 703-506-2051
Email: e.rutner@mooreandlee.com
Attorney for Defendant Dometic

**SO ORDERED, nunc pro tunc to October 30, 2024:**

**Dated:  November 5, 2024**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE