UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANE LABBE', et al.,

      Plaintiffs,

    v.

DOMETIC CORPORATION,

      Defendant.

No.  2:20-cv-01975-DAD-DMC

ORDER SETTING STATUS CONFERENCE REGARDING TRIAL DATE

On March 31, 2026, the court granted defendant's motion for summary judgment in part and directed the parties to meet and confer regarding their availability for a jury trial.  (Doc. No. 185.)  On April 13, 2026, the court directed the parties to provide several proposed dates for the rescheduling of a Final Pretrial Conference and Jury Trial in this action within seven (7) days of the docketing of that order.  (Doc. No. 186.)  The parties scheduled settlement conferences before Magistrate Judge Cota on May 15, 2026 (Doc. No. 189) and June 26, 2026 (Doc. No. 190), which conferences did not result in a settlement of this action.  Accordingly, the court hereby SETS a status conference for July 13, 2026 at 1:30 PM before District Judge Dale A. Drozd by Zoom regarding the scheduling of a Final Pretrial Conference and a Jury Trial in this action.

    IT IS SO ORDERED.

Dated:   **July 6, 2026**

_____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1