UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANE LABBE', et al.,

Plaintiffs,

v.

DOMETIC CORPORATION,

Defendant.

No. 2:20-cv-01975-DAD-DMC

ORDER DIRECTING STATUS REPORT

On August 24, 2026, plaintiff April Tomczak filed a notice of acceptance of defendant's Rule 68 Offer of Judgement. (Doc. No. 202.) Therein, plaintiff Tomczak accepts defendant Dometic Corporation's ("defendant") Rule 68 Offer of Judgement, and further, notice is given therein that the acceptance of defendant's Rule 68 Offer of Judgement is limited to plaintiff Tomczak. (*Id.* at 1.)

However, defendant's offer of judgement attached to the notice of acceptance provides that defendant "hereby offers to allow judgment to be taken against Dometic and in favor of Plaintiffs LANE LABBE', LISA LABBE', JANE LABBE', and APRIL TOMCZAK (collectively, the "Plaintiffs") as follows . . .." (*Id.* at 5.) Specifically, as to plaintiff Tomczak, the offer states that "Judgment shall be entered against DOMETIC in favor of APRIL TOMCZAK in the amount of ONE HUNDRED THOUSAND DOLLARS AND NO CENTS ($100,000.00), with each party to bear their own fees and costs. This Offer is made in full and

complete settlement of all claims alleged and asserted by and between APRIL TOMCZAK and DOMETIC in this matter." (*Id.* at 6.) As to all plaintiffs, the offer further states that acceptance will act to release defendant from "any claims that were or could have been alleged by PLAINTIFFS," and that if "PLAINTIFFS" do not accept the offer within fourteen days it would be deemed withdrawn. (*Id.*) It is therefore somewhat unclear whether defendant's offer of judgement was conditioned on acceptance by all plaintiffs, and it is therefore also unclear whether plaintiff April Tomczak's acceptance is effective.

Accordingly, the parties are DIRECTED to file a joint status report with the court addressing the apparent inconsistency between defendant's Rule 68 Offer of Judgement and the notice of acceptance filed on behalf of plaintiff April Tomczak, and clarifying the effectiveness of plaintiff April Tomczak's notice of acceptance no later than September 9, 2026.

IT IS SO ORDERED.

Dated: **September 2, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE