# United States District Court
# Eastern District of California

LANE LABBE', LISA LABBE', JANE LABBE',

Plaintiff(s)

V.

DOMETIC CORPORATION

Defendant(s)

Case Number: 2:20-cv-01975-DAD-ICD

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Michael R. Puretz hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant Dometic Corporation

On 09/26/2023 (date), I was admitted to practice and presently in good standing in the state of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/19/2026 Signature of Applicant: /s/ Michael R. Puretz

**Pro Hac Vice Attorney**

Applicant's Name: Michael R. Puretz

Law Firm Name: Cozen O'Connor

Address: 501 E. Las Olas Blvd.

Suite 300

City: Ft. Lauderdale State: FL Zip: 33301

Phone Number w/Area Code: (561) 245-6160

City and State of Residence: Delray Beach, FL

Primary E-mail Address: mpuretz@cozen.com

Secondary E-mail Address: ______

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Roy Fan

Law Firm Name: Cozen O'Connor

Address: 401 Wilshire Blvd

Suite 850

City: Santa Monica State: CA Zip: 90401

Phone Number w/Area Code: (213) 425-2686 Bar # 343653

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 19, 2026

Dale A. Drozd

JUDGE, U.S. DISTRICT COURT